UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSADY MARIE ZIEM,

    Plaintiff,

v.                                                                    Case No. 04-CV-73090-DT

MICHAEL ZEHNDER, et al.,

    Defendants.
                                          /

**JUDGMENT**

In accordance with the court's June 30, 2005 "Opinion and Order Granting Defendants' 'Motion for Summary Judgment,'"

IT IS ORDERED that judgment is entered in favor of Defendants, and against Plaintiff Cassady Marie Ziem.  Dated at Detroit, Michigan, this 30 day of June 2005.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY:_s/Lisa G. Teets____
                                           Lisa Teets, Deputy Clerk
                                           and Case Manager to
                                           Judge Robert H. Cleland